JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARROYO BALCAZAR, | NO. EDCV 25-1516-JFW (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| E. RICOKOL et al., | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice to Filing a Civil Rights Action,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus without prejudice to Petitioner's ability to file a separate civil rights action.

DATED: July 10, 2025.

_____
JOHN F. WALTER
United States District Judge